IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY WAYNE KIRKLAND, *individually and as personal representative of the estate of Terri Thompson Kirkland, deceased,* | § § § § | |
| *Plaintiff,* | § § § | CIVIL ACTION No. 1:16-CV-261 |
| v. | § § | JUDGE RON CLARK |
| BUCKLEY TRANSPORT, INC., et al., | § § § | AFC |
| *Defendants.* | § | |

## FINAL JUDGMENT

This matter came before the court for trial by jury, and in accordance with the verdict of the jury and orders previously entered, it is ORDERED, ADJUDGED, and DECREED that Plaintiff Ricky Wayne Kirkland, individually and as personal representative of the estate of Terri Thompson Kirkland, deceased, shall TAKE NOTHING of and from his claims against Defendants Cravin Brock and Buckley Transport, Inc.

IT IS FURTHER ORDERED that costs of court are taxed to Plaintiff Ricky Wayne Kirkland.

IT IS FURTHER ORDERED that all relief not specifically granted herein is denied.  This is a final judgment, which disposes of all claims and causes of action, and is appealable.

So **ORDERED** and **SIGNED** this **17** day of **July, 2017.**

_____
Ron Clark, United States District Judge

1